IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Bill Cathey,   )
    Petitioner,   )
v   )   CIV-12-264-FHS-KEW
Justin Jones,   )
    Respondent.   )

## ORDER

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondent is hereby ordered to show cause why the writ should not issue by filing an answer to the petition within thirty (30) days.  <u>Extensions of time will be granted for good cause only and in no event for longer than an additional twenty (20) days.</u>

**IT IS SO ORDERED** this  18th  day of  June , 2012.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE