IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Bill Cathey,<br>    Petitioner,<br><br>v<br><br><br><br>Justin Jones,<br>    Respondent. | CIV-12-264-FHS-KEW |

## ORDER

Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent is hereby ordered to show cause why the writ should not issue by filing an answer to the petition within thirty (30) days. <u>Extensions of time will be granted for good cause only and in no event for longer than an additional twenty (20) days.</u>

**IT IS SO ORDERED** this <u> 18th </u> day of <u> June </u>, 2012.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE